IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARLIN D. STORY | § | |
| | § | 3:06-CV-2212-M |
| vs. | § | |
| | § | |
| MICHAEL J. ASTRUE | § | |
| Commissioner of Social Security | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge dated October 22, 2007, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. In essence, Plaintiff argues that blindness in one eye is *per se* a severe impediment without regard to its impact on Plaintiff's ability to work. This Court disagrees.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are accepted.

SO ORDERED this 1st day of February, 2008.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS